RECEIVED
SDNY PRO SE OFFICE

2024 JUN 25  AM 8:59

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMAURY URENA
_____
Write the full name of each plaintiff.

1:24 CV-01880-JHR-JW
(Include case number if one has been assigned)

-against-

THE CITY OF NEW YORK
~~Aps~~ JONATHAN APONTE RODRIGUES #6763
HIRAM NIEVES #10194
GIOVANNI TOVARMENAYA #17138 (IBN BARTHELEMY #21937)

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**AMENDED COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 5/20/16

## I.  LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II.  PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

AMAURY     V     URENA
First Name     Middle Initial     Last Name

Johnie Cochran
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

241-23-02807
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

R.E.S.N
Current Place of Detention

19-19 Hazen Street
Institutional Address

~~Bronx~~ East Elmhurst     New York     11370
County, City     State     Zip Code

## III.  PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:   Jonathan   Aponte Rodrigues   # 6763
First Name   Last Name   Shield #

Police officer
Current Job Title (or other identifying information)

NYPD (48th PRECINT)
Current Work Address

Bronx   New York   (Unknown)
County, City   State   Zip Code

Defendant 2:   Hiram   Nieves   # 10194
First Name   Last Name   Shield #

Police officer
Current Job Title (or other identifying information)

NYPD (48th Precinct)
Current Work Address

Bronx   New York   (Unknown)
County, City   State   Zip Code

Defendant 3:   Giovanis   Tovarmmaya   # 17138
First Name   Last Name   Shield #

Police officer
Current Job Title (or other identifying information)

NYPD (48 Precinct)
Current Work Address

Bronx   New York   (Unknown)
County, City   State   Zip Code

Defendant 4:   Ibn   Barthelemy   # 2193
First Name   Last Name   Shield #

Police officer
Current Job Title (or other identifying information)

NYPD (48th Precinct)
Current Work Address

Bronx   New York   (Unknown)
County, City   State   Zip Code

Page 3

## V.   STATEMENT OF CLAIM

Place(s) of occurrence: __NYPD 48th Precinct (Bathroom)__

Date(s) of occurrence: __December 12 2024__

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On december 12th 2023 I was arrested by the 48th precinct in the bronx New York. And thereafter I was brought to the precinct. At a point in time while at the precinct I was pat searched by police officers. In which at that time one of the officers did multiple swiping motions inbetween my buttocks (with their hands) I felt very violated and objected to the violative search procedure. Thereafter other officers took me out the holding pen. And brought me to the precinct bathroom where while handcuffed Police officer Aponte pulled my pants and underwears down and forcibly spread my buttocks and violately Janked U.S currency out of my rectum. During this time Police officers Nieves #10194, Tovar minaya #17138, Barthelemy #2193 Did not do anything to intervene and stop this prohibited and violative procedure As they stood guard and watched the incidents unfold (At no time was I afforded an opportunity to strip search on my own without handcuffs in a proper manner

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I sustained pain and discomfort to my rectum emotional distress mental anguish pain and suffering

Did not tell medical due to embarrassment and humiliation

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

I demand jointly and severally against all of the individual defendants as well as the city of new york in terms of compensatory damages, Punitive damages in the sums of ten million dollars, The concerning and empaneling of a jury to consider the merits of the claims herein And if it shall come a time that legal representation is acquired costs and interest and attorney fees. And such other and further relief as this court may deem appropriate and equitable.

Page 5

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

June 12 2024
Dated

AMAURY URENA
Plaintiff's Signature

AMAURY / URENA
First Name / Middle Initial / Last Name

R.N.D.H. 19-19 Hazen Street
Prison Address

East Elmhurst   New York   11370
County, City / State / Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: June 12 2024

R.E.S.H)
AMMY URENA 241623-04807
(R.E.S.H) 19-19 Hazen street
East Elmhurst N.Y 11370

USMP3
SDNY

PRO SE INTAKE UNIT
500 Pearl street RM 200
New York, New York 10007

MID-ISLAND NY 117
20 JUN 2024 PM

$000.880
PITNEY BOWES
02 1P
0000943868
MAILED FROM ZIPCODE 11370
JUN 20 2024

2024 JUN 25 AM 8:59
SDNY PRO SE OFFICE
RECEIVED